B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lawrence Vernon Albee**
**Karen Sue Albee**

Debtor(s)

Case No.
Chapter   **13**

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __274.00__ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

   $ _____68.50__  Check one   ☒  With the filing of the petition, or
                                   ☐  On or before   _____

   $ _____68.50__  on or before        **11/22/10**

   $ _____68.50__  on or before        **12/22/10**

   $ _____68.50__  on or before        **1/22/11**

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  _____

_____
Attorney for Debtor(s)
**Gary C. Flanders 6180219**
**Bankruptcy Clinic**
**1 Court Place**
**Rockford, IL 61101**
**815-962-7084**
**Fax: 815-987-3759**

Signature  _____
**Lawrence Vernon Albee**
Debtor

Signature  _____
**Karen Sue Albee**
Joint Debtor

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lawrence Vernon Albee**
**Karen Sue Albee**

Debtor(s)

Case No. _____

Chapter   **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____**68.50**___  Check one   ☒  With the filing of the petition, or
                                   ☐  On or before   _____

$ _____**68.50**___  on or before   **11/22/10**

$ _____**68.50**___  on or before   **12/22/10**

$ _____**68.50**___  on or before   **1/22/11**

☒   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date  _____                    _____
                                                Honorable Manuel Barbosa
                                                *United States Bankruptcy Judge*

Prepared by:

Attorney for Debtor(s)
**Gary C. Flanders 6180219**
**Bankruptcy Clinic**
**1 Court Place**
**Rockford, IL 61101**
**815-962-7084**
**Fax: 815-987-3759**