# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  LAWRENCE V. ALBEE        §     Case No. 10-75247
       KAREN S. ALBEE            §
                                 §
              Debtors             §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/22/2010.

2) The plan was confirmed on 01/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/12/2014.

6) Number of months from filing or conversion to last payment: 40.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,200.00.

10) Amount of unsecured claims discharged without full payment: $132,628.48.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 29,192.00 | |
| Less amount refunded to debtor | $ 792.00 | |
| **NET RECEIPTS** | | $ 28,400.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,612.15 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,112.15 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CITIMORTGAGE INC | Sec | 16,000.00 | 14,176.81 | 14,176.81 | 14,176.81 | 0.00 |
| SAUK VALLEY MOTORS | Sec | 1,800.00 | 1,432.83 | 1,432.83 | 1,432.83 | 97.99 |
| ILLINOIS DEPARTMENT OF | Pri | 135.00 | 1,400.31 | 1,400.31 | 1,400.31 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 1,071.28 | 1,071.28 | 81.82 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 3,000.00 | 818.94 | 818.94 | 818.94 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 205.90 | 205.90 | 15.72 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 44,000.00 | 45,324.94 | 45,324.94 | 3,461.75 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,800.00 | 1,440.00 | 1,440.00 | 109.99 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,800.00 | 1,240.00 | 1,240.00 | 94.71 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED WASTE SERVICES | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CASEYS | Uns | 57.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 266.00 | NA | NA | 0.00 | 0.00 |
| CHECKS INTO CASH | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 1,548.55 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,066.49 | 864.67 | 864.67 | 66.04 | 0.00 |
| DAKOTA STREET INSURANCE | Uns | 524.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DIRECT TV | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| DR MATHEW | Uns | 20.20 | NA | NA | 0.00 | 0.00 |
| DS WATERS OF NORTH AMERICA | Uns | 152.00 | NA | NA | 0.00 | 0.00 |
| EMPI | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 75.00 | 75.00 | 75.00 | 5.73 | 0.00 |
| HOME SHOPPING NETWORK | Uns | 84.43 | NA | NA | 0.00 | 0.00 |
| ILL UROLOGIC HEALTH SURGEONS | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 2,320.00 | 3,771.76 | 3,771.76 | 288.08 | 0.00 |
| KSB HOSPITAL | Uns | 40,000.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,763.00 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSPITAL | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSPITAL | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE INSURANCE | Uns | 192.55 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 5,310.75 | 5,342.51 | 5,342.51 | 408.04 | 0.00 |
| NICOR | Uns | 3,043.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 544.70 | 544.70 | 544.70 | 41.60 | 0.00 |
| ROCKFORD CLINIC | Uns | 404.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 1,268.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 253.00 | 233.84 | 233.84 | 17.86 | 0.00 |
| STERLING ROCK FALLS CLINIC | Uns | 364.08 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,100.00 | 1,225.78 | 1,225.78 | 93.62 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 283.68 | 652.87 | 652.87 | 49.86 | 0.00 |
| ZENITH ACQUISITION CORP | Uns | 329.47 | 448.62 | 448.62 | 34.26 | 0.00 |
| WELLS FARGO | Uns | 1,254.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Uns | 8,800.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 462.00 | 348.98 | 348.98 | 26.66 | 0.00 |
| RENT - A - CENTER | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 7,400.79 | 7,400.79 | 565.23 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 10-75247   Doc 53   Filed 10/30/14   Entered 10/30/14 11:40:17   Desc Main
Document      Page 4 of 5

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 14,176.81 | $ 14,176.81 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,432.83 | $ 1,432.83 | $ 97.99 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,609.64 | $ 15,609.64 | $ 97.99 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,219.25 | $ 2,219.25 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,219.25 | $ 2,219.25 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 70,191.64 | $ 5,360.97 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,112.15 |
| Disbursements to Creditors | $ 23,287.85 |
| **TOTAL DISBURSEMENTS:** | $ 28,400.00 |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: <u>10/30/2014</u>      By: <u>/s/ Lydia S. Meyer</u>
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)